TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00358-CR

Ex Parte: David Wesley Schumaker, Appellant

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 7997, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING

PER CURIAM

 Appeal is taken from the trial court's denial of habeas corpus relief. Appellant has
filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion
is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: July 31, 1996

Do Not Publish